THE PEOPLE ex rel. WILLIAM G. LYONS, Appellant, *v.* NATHAN STRAUSS et al., Commissioners, etc., Respondents.

(Argued June 19, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made April 3, 1893, which affirmed the proceedings of the defendants, as commissioners of parks of the city of New York, removing the relator from

the police force of the department of parks and dismissing a writ of certiorari to review the same.

*Samuel A. Noyes* for appellant.

*D. J. Dean* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.